# EXHIBIT "A"

JUSTICE MOUNTAIN
JUSTICE COURT
FILED
2015 SEP 29 AM 10: 25

**McCARTHY** L A W   P L C

Kevin Fallon McCarthy, 011017
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

## McDOWELL MOUNTAIN JUSTICE COURT
### MARICOPA COUNTY, STATE OF ARIZONA
18380 North 40th Street, Phoenix, Arizona 85032

| | |
|---|---|
| DAVID COLBY AND DIANA COLBY, | Case No.: CC2015 184202 |
| Plaintiffs, | |
| v. | **SUMMONS** |
| U.S. BANK NATIONAL ASSOCIATION ND, EQUIFAX INC., AND TRANSUNION, LLC, | |
| Defendants. | |

**STATE OF ARIZONA TO:**

**U.S. BANK NATIONAL ASSOCIATION ND.**
**U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION**
S/A: C T CORPORATION SYSTEM
3800 NORTH CENTRAL AVE, SUITE 460
PHOENIX, AZ 85012

**EQUIFAX, INC.**
S/A: PRENTICE-HALL CORP SYSTEM
2338 WEST ROYAL PALM ROAD, STE-J
PHOENIX, ARIZONA 85021

**TRANSUNION, LLC**
S/A: PRENTICE-HALL CORP SYSTEM
2338 WEST ROYAL PALM ROAD, STE-J
PHOENIX, ARIZONA 85021

**THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**

1. YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Colby v. USBN et al.                    1                    Summons

1    that the Court either waive or defer the fee.

2    2. If you were served with this summons in the State of Arizona, the Court must receive your

3    answer within twenty (20) calendar days from the date you were served. If you were served outside

4    the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the

5    date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the

6    next working day to file your answer. When calculating time, do not count the day you were served

7    with the summons.

8    3. Your answer must be in writing.

9        (a) You may obtain an answer form from this Court.

10       (b) You may also obtain an answer form from the Form section of the Maricopa County

11   Justice Courts website at http://justicecourts.maricopa.gov.

12   4. Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with

13   JCRCP Rule 120.

14   5. **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE**

15   **TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST**

16   **YOU.**

17   The name and address of Plaintiff's attorney is:

18                  Kevin Fallon McCarthy, Esq.
                    Joon Kee, Esq.
19                  McCARTHY LAW PLC
                    4250 North Drinkwater Boulevard, #320
20                  Scottsdale, Arizona  85251

21

22   SIGNED AND SEALED this date: _____

23                              By:_____
24                                 Deputy Clerk

25

26

27

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-6900
WWW.MCCARTHYLAWYER.COM

Colby v. USBN et al.                    2                              Summons

## NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent one in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602.456.8900
www.McCarthyLawyer.com

Colby v. USBN et al.                                    3                                    Summons



1

**M℅CARTHY  LAW  PLC**
Candid Conversation. Wise Counsel.

2 Kevin Fallon McCarthy, 011017
Joon Kee, 028152

3 4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251

4 602-456-8900
joon.kee@mccarthylawyer.com

5 Attorneys for Plaintiff(s)

6
**McDOWELL MOUNTAIN JUSTICE COURT**

7
**MARICOPA COUNTY, STATE OF ARIZONA**
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

8 DAVID COLBY AND DIANA COLBY,

Case No.: *CC2015184202*

9            Plaintiffs,

**COMPLAINT FOR VIOLATION OF**
10 v.

**FAIR CREDIT REPORTING ACT (15**
**U.S.C. § 1681 *et seq.*)**

11 U.S. BANK NATIONAL ASSOCIATION
ND, EQUIFAX INC., AND TRANSUNION,

12 LLC,
           Defendants.

13

14          COMES NOW Plaintiffs, DAVID COLBY AND DIANA COLBY ("Plaintiffs"), by and

15 through counsel undersigned, and for his cause of action against the Defendants above-named

16 alleges as follows:

17          1.      That Plaintiffs are and was, at all times hereinafter mentioned, a resident of

18 Maricopa County, Arizona.

19          2.      That, on information and belief, Defendant, U.S. BANK NATIONAL

20 ASSOCIATION ND. ("USBN") is the parent corporation for all divisions, and at all times relevant

21 hereto was, a corporation registered with the Arizona Corporation Commission as a Foreign

22 Corporation authorized to do business in Arizona under multiple divisions and filings, including

23 U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION, of which has designated

24 the following registered statutory agent: C T CORPORATION SYSTEM, 3800 N CENTRAL

25 AVE SUITE 460, PHOENIX, AZ 85012.

26          3.      That, on information and belief, Defendant, USBN is, and at all times relevant

27 hereto was, regularly doing business in the State of Arizona.

28          4.      That, on information and belief, Defendant, TRANSUNION LLC. ("TransUnion"),

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Colby v. USBN et al.                          1                          COMPLAINT

1   is a credit reporting agency, as defined by FCRA § 1681a(f), licensed to do business in Arizona

2   and has designated the following registered statutory agent: PRENTICE-HALL CORP SYSTEM,

3   2338 WEST ROYAL PALM ROAD, STE-J, PHOENIX, AZ 85021.

4        5.     That, on information and belief, Defendant, TransUnion, is, and at all times relevant

5   hereto was, regularly doing business in the State of Arizona.

6        6.     That, on information and belief, Defendant, EQUIFAX INC. ("Equifax"), is a credit

7   reporting agency, as defined by FCRA § 1681a(f), licensed to do business in Arizona and has

8   designated the following registered statutory agent: PRENTICE-HALL CORP SYSTEM, 2338

9   WEST ROYAL PALM ROAD, STE-J, PHOENIX, AZ 85021.

10       7.     That, on information and belief, Defendant, Equifax, is, and at all times relevant

11  hereto was, regularly doing business in the State of Arizona.

12       8.     That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the

13  Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as they

14  had the necessary minimum contacts with the State of Arizona and this suit arises out of their

15  specific conduct with Plaintiffs in Arizona. All the actions described in this suit occurred in the

16  State of Arizona.

17       9.     That the Plaintiffs are consumers and are victims of inaccurate reporting by

18  Defendants.

19       10.     That on May 7, 2015, USBN sent to Plaintiffs' Counsel via facsimile, a written

20  notice that the Plaintiffs' US Bank Home Mortgage ("Account") was paid in full. *See* Exhibit A.

21       11.     That USBN is willfully reporting derogatory and inaccurate information about

22  Plaintiffs to one or more consumer reporting agencies ("CRAs"), by continuing to report a balance

23  on this Account, as defined by 15 U.S.C. § 1681a.

24       12.     The Defendant CRAs, Equifax and TransUnion (collectively referred to as the

25  "Defendant CRAs") are willfully reporting derogatory and inaccurate information about Plaintiffs

26  to third-parties.

27       13.     Plaintiffs have sent written disputes regarding the accuracy of the derogatory

28  information reported by USBN to the Defendant CRAs and by the Defendant CRAs to third-parties

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602.456.8900

Colby v. USBN et al.                 2                COMPLAINT

1    (the "Dispute Letters"). See Exhibits B-E, Dispute Letters.

2         14.    Defendant USBN willfully failed to correct the inaccurate reporting of the account

3    to the Defendant CRAs in violation of FCRA § 1681s-2 and to the detriment of the consumer

4    Plaintiffs. *See* Exhibits F-I, Responses to Dispute Letters.

5         15.    Defendant CRAs have failed to correct the inaccurate reporting of the account in

6    violation of FCRA § 1681i and to the detriment of the consumer Plaintiffs. *See* Exhibits F-I.

7         16.    Defendant CRAs willfully failed to maintain reasonable procedures to assure

8    maximum accuracy of the information contained in Plaintiffs' credit report, in clear violation of

9    FCRA § 1681e.

10        17.    The foregoing acts and omissions of the Defendants constitute unacceptable

11   violations of the FCRA.

12        18.    As a result of the foregoing, Plaintiffs have suffered damages in an amount to be

13   shown at trial but not exceeding $10,000.00.

14        WHEREFORE, Plaintiffs seek a reasonable and fair judgment against Defendants for their

15   willful noncompliance of the Fair Credit Reporting Act and seeks their statutory remedies as

16   defined by 15 U.S.C. § 1681n and demands:

17        1. Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. §

18           1681n(1)(A), of not less than $100 and not more than $1,000 per violation;

19        2. Punitive damages, pursuant 15 U.S.C. § 1681n(2), for Defendant's willful violation;

20        3. The costs of instituting this action together with reasonable attorney's fees incurred

21           by Plaintiffs pursuant to 15 U.S.C. § 1681n(3); and

22        4. Any further legal and equitable relief as the court may deem just and proper in the

23           circumstances.

24   Respectfully submitted this 28th day of September, 2015.

25                                                MCCARTHY LAW, PLC

26                                         By:

27                                                Joon N. Kee, Esq.
                                                  Kevin Fallon McCarthy, Esq.
28                                                Attorneys for Plaintiffs

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8500

Colby v. USBN et al.                                3                                    COMPLAINT

# EXHIBIT A

May 07, 2015


David C Colby
Diana Colby
14131 W Greenview Cir
S Litchfield Park AZ 85340

To Whom It May Concern:

The following loan with U. S. Bank Home Mortgage has been paid in full:

Loan Number:                               ████4535


Mortgagor(s):                    David C Colby
                                 Diana Colby

Property Address:                5608 W Gardenia Ave
                                 Glendale AZ 85301

Paid in Full Date:


Your mortgage documents will automatically be sent to the
appropriate Recording Office for release.  The recorded Release
documents will be returned to you upon receipt.

If your account has an escrow balance, the balance will be refunded
in approximately 15 days.

Should you have any questions, please contact our Customer Service
Center at 1-800-344-5015 or if you would prefer visit our website
at www.usbankhomemortgage.com.

Sincerely,


Ashlyn Eaton
Customer Care Specialist
Customer Service


CS151-006/JUM

# EXHIBIT B

David C. Colby
1267 East Sheena Drive
Phoenix, AZ 85022

August 14, 2015

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

RE:    David C. Colby
       1267 East Sheena Drive, Phoenix, AZ 85022
       SS# ████████████
       DOB: ████████████
       Report Date: 8/6/15
       Confirmation # 5718384609

To Whom It May Concern:

Attached are several pages from my credit report reporting debt owed to US Bank for the Account ██████████4535. This account is incorrectly reporting twice on my report, once with no balance owed and the second time with a balance reporting of $61,475.00. No monies are currently owed to US Bank.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
David C. Colby

*Joan*

# EQUIFAX       Save as PDF

## Equifax Credit Report ™ for David C. Colby Jr.

As of: 08/06/2015.
Available until: 09/05/2015
Confirmation #: 5718384609

Report Does Not Update

⚠ **Note:** The complete view of your credit report below will only be available during this site visit. You will have free access to your credit report—minus the historical information—for 30 days when you create an account.

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Contact Us

If you would like to initiate your dispute by phone you may contact our dispute center at 866-229-7861. Or you may dispute via US mail by writing to:

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

**Debt by Account Type**



**Debt to Credit Ratio by Account**



● Mortgage–0%  ● Installment–0%
● Revolving–100%  ● Other–0%

☒ Balance  ☒ Available

## Account Age

Usually, it is a good idea to keep your oldest credit account open, as a high average account age generally demonstrates stability to lenders. Also, especially if you have been managing credit for a short time, opening many new accounts will lower your average account age and may have a negative impact.

| | |
|---|---|
| Length of Credit History | 20 Years, 9 Months |
| Average Account Age | 9 Years, 7 Months |
| Oldest Account | US BANK  (Opened 11/01/1994) |
| Most Recent Account | SYNCB/CARE CREDIT  (Opened 01/06/2012) |

## Inquiries - Requests for your Credit History

Numerous inquiries on your credit file for new credit may cause you to appear risky to lenders, so it is usually better to only seek new credit when you need it. Typically, lenders distinguish between inquiries for a single loan and many new loans in part by the length of time over which the inquiries occur. So, when rate shopping for a loan it's a good idea to do it within a focused period of time.

| | |
|---|---|
| Inquiries in the Last 2 Years | 0 |
| Most Recent Inquiry | N/A |

## Potentially Negative Information

Late payments, collections and public records can have a negative impact on your credit standing. The more severe and recent they are, the more negative the potential impact might be.

| | |
|---|---|
| Public Records | 0 |
| Negative Accounts | 3 |
| Collections | 0 |



## Mortgage Accounts

Mortgage accounts include first mortgages, home equity loans, and any other loans secured by real estate you own.

## Closed Accounts

| Account | Account Number | Date | Balance | Date Reported | Past | Status | Credit |
|---|---|---|---|---|---|---|---|

| Name | Opened | (?) | Due | Limit |
|------|--------|-----|-----|-------|

US BANK      760825030XXXX     01/08/2008   $61,475   08/02/2015   $61,475   CHARGE-OFF

US BANK
PO Box 2188
Oshkosh, WI-549032188
(800) 331-4738

| Account Number: | 760825030XXXX | Status: | CHARGE-OFF |
|---|---|---|---|
| Account Owner: | Maker | High Credit: | |
| Type of Account [?]: | Instalment | Credit Limit: | |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 01/08/2008 | Balance: | $61,475 |
| Date Reported: | 08/02/2015 | Amount Past Due: | $61,475 |
| Date of Last Payment: | 11/2011 | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 08/2012 | Months Reviewed: | 36 |
| Creditor Classification: | | Activity Designator: | N/A |
| Charge Off Amount: | $61,475 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Second Mortgage |
| Date of First Delinquency: | 12/2011 | | |
| Comments: | Charged off account. | | |

### 81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2015 | CO | CO | CO | CO | CO | CO | CO | | | | | |
| 2014 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2013 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2012 | NR | NR | NR | NR | NR | NR | NR | CO | CO | CO | CO | CO |
| 2011 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2010 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2009 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2008 | | | | | | | | | | | NR | NR |

### Historical Account Information

| | N/A | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|
| Balance | | 61475 | 61475 | 61475 | 61475 | 61475 |
| Scheduled Payment Amount | | | | | | |
| Actual | | | | | | |

| Activity Designator | | | | | | |
|---|---|---|---|---|---|---|
| Comments | Transferred to recovery | Transferred to recovery | Transferred to recovery | Transferred to recovery | Transferred to recovery | Transferred to recovery |
| Comments | Charged off account | Charged off account | Charged off account | Charged off account | Charged off account | Charged off account |

| | | | | | |
|---|---|---|---|---|---|
| US BANK HOME MTG | 760825030XXXX | 01/08/2008 | $0 | 07/05/2012 | 120+ DAYS PAST DUE |

US BANK

12443 Olive Blvd
Saint Louis, MO-631416432
(800) 365-7772

| | | | |
|---|---|---|---|
| Account Number: | 760825030XXXX | Status: | 120+ DAYS PAST DUE |
| Account Owner: | Joint Account | High Credit: | $63,196 |
| Type of Account [?] | Mortgage | Credit Limit: | |
| Term Duration: | 15 Years | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 01/08/2008 | Balance: | $0 |
| Date Reported: | 07/05/2012 | Amount Past Due: | |
| Date of Last Payment: | 11/2011 | Actual Payment Amount: | |
| Scheduled Payment Amount: | $531 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 53 |
| Creditor Classification: | | Activity Designator: | Paid and Closed |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | 06/2012 | Type of Loan: | Second Mortgage |
| Date of First Delinquency: | 01/2012 | | |
| Comments: | Fixed rate | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | * | 30 | 60 | 90 | 120 | 150 | | | | | | |
| 2011 | NR | NR | NR | NR | NR | NR | NR | * | * | * | * | * |
| 2010 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2009 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2008 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |

# EXHIBIT C

Diane Colby
1267 East Sheena Drive
Phoenix, AZ 85022

August 14, 2015

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

RE:      Diane Colby
         1267 East Sheena Drive, Phoenix, AZ 85022
         SS# ████████
         DOB: ████████
         Report Date: 8/3/15
         Confirmation # 5715298108

To Whom It May Concern:

Attached are several pages from my credit report reporting debt owed to US Bank for the Account ██████4535. This account is incorrectly reporting twice on my report, once with no balance owed and the second time with a balance reporting of $61,475.00. No monies are currently owed to US Bank.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
Diane Colby



# EQUIFAX

**[× Print This Page]** **[× Close Window]**   **Save as PDF**

**Equifax Credit Report ™ for Diana Colby**

As of: 08/03/2015.
Available until: 09/02/2015
Confirmation #: 5715298108                           Report Does Not Update

⚠ **Note:** The complete view of your credit report below will only be available during this site visit. You will have free access to your credit report—minus the historical information—for 30 days when you create an account.

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity. |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Contact Us

If you would like to initiate your dispute by phone you may contact our dispute center at 866-229-7861. Or you may dispute via US mail by writing to:

**Equifax Information Services, LLC**
**PO Box 740256**
**Atlanta, GA 30374**

| Activity Designator | | | | | | |
|---|---|---|---|---|---|---|
| Comments | Transferred to recovery | Transferred to recovery | Transferred to recovery | Transferred to recovery | Transferred to recovery | Transferred to recovery |
| Comments | Charged off account | Charged off account | Charged off account | Charged off account | Charged off account | Charged off account |

| US BANK HOME MTG | 760825030XXXX | 01/08/2008 | $0 | 07/05/2012 | | 120+ DAYS PAST DUE |
|---|---|---|---|---|---|---|

US BANK

12443 Olive Blvd
Saint Louis, MO-631416432
(800) 365-7772

*reporting from 2 different US Bank Addresses*

| | | | |
|---|---|---|---|
| Account Number: | 760825030XXXX | Status: | 120+ DAYS PAST DUE |
| Account Owner: | Joint Account | High Credit: | $63,196 |
| Type of Account ?: | Mortgage | Credit Limit: | |
| Term Duration: | 15 Years | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 01/08/2008 | Balance: | $0 |
| Date Reported: | 07/05/2012 | Amount Past Due: | |
| Date of Last Payment: | 11/2011 | Actual Payment Amount: | |
| Scheduled Payment Amount: | $531 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 53 |
| Creditor Classification: | | Activity Designator: | Paid and Closed |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | 06/2012 | Type of Loan: | Second Mortgage |
| Date of First Delinquency: | 01/2012 | | |
| Comments: | Fixed rate | | |

*US Bank - 2nd*
*Last Reported 7/5/2012*
*Balance 0*
*Amt Past Due 0*

*US Bank 2nd*
*$100 W Guarantee Ave*

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 | * | 30 | 60 | 90 | 120 | 150 | | | | | | |
| 2011 | NR | NR | NR | NR | NR | NR | NR | * | * | * | * | * |
| 2010 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2009 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2008 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |

| WELLS FARGO HOME EQU | 6506501605799XXXX | 05/01/2006 | $0 | 02/01/2008 | | PAYS AS AGREED | $50,100 |
|---|---|---|---|---|---|---|---|

WELLS FARGO HOME EQUITY

PO BOX 31557

| Name | | Opened | | Due | Limit |
|---|---|---|---|---|---|
| US BANK | 760825030XXXX | 01/08/2008 | $61,475 | 07/05/2015 $61,475 | CHARGE-OFF |

**US BANK**

PO Box 2188
Oshkosh, WI-549032188
(800) 331-4738

*reporting from 2 different us Bank Addresses*

*US Bank 2x 5705 w Badura Ave*

| | | | |
|---|---|---|---|
| Account Number: | (760825030XXXX) | Status: | CHARGE-OFF |
| Account Owner: | Co-maker | High Credit: | |
| Type of Account ?: | Instalment | Credit Limit: | |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 01/08/2008 | Balance: | $61,475 |
| Date Reported: | 07/05/2015 ← | Amount Past Due: | $61,475 |
| Date of Last Payment: | 11/2011 | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 08/2012 | Months Reviewed: | 35 |
| Creditor Classification: | | Activity Designator: | N/A |
| Charge Off Amount: | $61,475 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Second Mortgage |
| Date of First Delinquency: | 12/2011 | | |
| Comments: | Charged off account | | |

*US Bank 2x
Last reported
7/5/2015
Balance: 61475.00
Amt Past Due
61475.00*

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | CO | CO | CO | CO | CO | CO | | | | | | |
| 2014 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2013 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2012 | NR | NR | NR | NR | NR | NR | NR | CO | CO | CO | CO | CO |
| 2011 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2010 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2009 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2008 | | | | | | | | | | NR | NR | NR |

**Historical Account Information**

*CO - Charge off
NR - Not Reported
✱ - paid as agreed*

| | N/A | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|
| Balance | | 61475 | 61475 | 61475 | 61475 | 61475 |
| Scheduled Payment Amount | | | | | | |
| Actual | | | | | | |

# EXHIBIT D

David C. Colby
1267 East Sheena Drive
Phoenix, AZ 85022

August 14, 2015

Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

RE:    David C. Colby
1267 East Sheena Drive, Phoenix, AZ 85022
SS# ███████████
DOB: █████████████
Report Date: 8/6/15
File # 343451201

To Whom It May Concern:

Attached are several pages from my credit report reporting debt owed to US Bank for the Account ████████4535. This account is incorrectly reporting twice on my report, once with no balance owed and the second time with a balance reporting of $61,475.00. No monies are currently owed to US Bank.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
David C. Colby



Report Created On: 08/06/2015
File Number: 343451201

-Begin Credit Report-

## Personal Information

SSN: XXX-XX-0839
Your SSN has been masked for your protection.

You have been on our files since 01/01/1982
Date of Birth: 12/12/1969

Names Reported: DAVID C. COLBY JR

Addresses Reported:

| Address | Date Reported |
|---|---|
| 14131 W GREENVIEW CIR S, LITCHFIELD PARK, AZ 85340-5022 | 12/20/2011 |
| 22005 126TH SE CT, KENT, WA 98031 | 09/01/2002 |
| 7391 W PIUTE AVE, GLENDALE, AZ 85308-5638 | |
| 5608 W GARDENIA AVE, GLENDALE, AZ 85301-1923 | 07/01/2005 |
| 2167 E SHEENA DR, PHOENIX, AZ 85022-4674 | 09/30/2014 |
| 1267 E SHEENA DR, PHOENIX, AZ 85022-4481 | 08/26/2014 |

Telephone Numbers Reported:
(623) 242-7711      (623) 934-9072      (623) 934-9272      (206) 630-9403      (623) 451-6736

Employment Data Reported:

| Employer Name | Location | Position | Date Hired | Date Verified |
|---|---|---|---|---|
| COSTCO WHOLESALE | PHOENIX, AZ | MANAGER | 06/01/1987 | 08/01/2008 |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

Rating Key
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repo-ssession | Charge Off | Foreclosure |

Remarks Key
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets < > indicates that this remark is considered adverse.

>PRL< UNPAID BALANCE CHARGED OFF            >TTR<  TRANSFERRED TO RECOVERY

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

US BANK  #760825030****
PO BOX 2188
OSHKOSH, WI 54903
(800) 331-4738

| | | | |
|---|---|---|---|
| Date Opened: | 01/08/2008 | Pay Status: | >Charged Off< |
| Responsibility: | Primary Borrower on Account | Terms: | $0 per month |
| | | Date Closed: | 08/05/2012 |
| Account Type: | Installment Account | | |
| Loan Type: | SECOND MORTGAGE | | |

| Date Updated: | 07/05/2015 |
|---|---|
| Payment Received: | $0 |
| Last Payment Made: | 11/08/2011 |
| Original ChargeOff: | $61,475 |

**TransUnion**

High Balance: High balance of $63,196 from 02/2013 to 07/2015
Estimated month and year that this item will be removed: 11/2016

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 |
| Remarks | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $74,099 | $73,539 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >TTR< >PRL< | >TTR< >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $73,091 | $72,643 | $72,083 | $71,635 | $71,187 | $70,627 | $70,179 | $69,731 | $69,171 | $68,723 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

**US BANK   #760825030******
MTG SERV TRAM 32-1POB 524
ST LOUIS, MO 63166
(800) 872-2657

| | | | | |
|---|---|---|---|---|
| Date Opened: | 01/08/2008 | Balance: | $0. | Pay Status: | >Account 120 Days Past Due Date< |
| Responsibility: | Joint Account | Date Updated: | 06/26/2012 | | |
| Account Type: | Mortgage Account | Payment Received: | $0 | Terms: | $531 per month, paid Monthly for 180 months |
| Loan Type: | SECOND MORTGAGE | Last Payment Made: | 11/08/2011 | | |
| | | High Balance: | $63,196 | Date Closed: | 06/26/2012 |
| | | | | >Maximum Delinquency of 120 days in 05/2012 for $2,656 and in 06/2012 for $3,188< |



Remarks: CLOSED
Estimated month and year that this item will be removed: 12/2018

| | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 90 | 60 | | OK | OK | OK | OK | OK | OK |

| | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2008 | 02/2008 |
|---|---|---|
| Rating | OK | OK |

# EXHIBIT E

Diane Colby
1267 East Sheena Drive
Phoenix, AZ 85022

August 14, 2015

Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

RE:    Diane Colby
1267 East Sheena Drive, Phoenix, AZ 85022
SS# ███████████
DOB: ███████████
Report Date: 8/6/15
File # 338516755

To Whom It May Concern:

Attached are several pages from my credit report reporting debt owed to US Bank for the Account ████████4535. This account is incorrectly reporting twice on my report, once with no balance owed and the second time with a balance reporting of $61,475.00. No monies are currently owed to US Bank.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
Diana Colby



TransUnion.

Report Created On: 08/06/2015
File Number: 338518755

-Begin Credit Report-

## Personal Information

SSN: XXX-XX-6544
Your SSN has been masked for your protection.

You have been on our files since 10/01/1981
Date of Birth: 01/26/1961

Names Reported: DIANA L. COLBY and DIANA LYNN LESHER

Addresses Reported:

| Address | Date Reported |
|---|---|
| 1267 E SHEENA DR, PHOENIX, AZ 85022-4481 | 08/26/2014 |
| 14131 W GREENVIEW CIR S, LITCHFIELD PARK, AZ 85340-5022 | 01/10/2012 |
| 6608 W GARDENIA AVE, GLENDALE, AZ 85301-1923 | 07/01/2005 |
| 7391 W PIUTE AVE, GLENDALE, AZ 85308-5838 | 08/01/2001 |
| 803 SW 134TH ST, BURIEN, WA 98146-3140 | |
| 2167 E SHEENA DR, PHOENIX, AZ 85022-4674 | 09/14/2014 |

Telephone Numbers Reported:

(623) 451-6738     (623) 242-7711     (480) 293-2123     (623) 934-9072     (623) 382-1340

Employment Data Reported:

| Employer Name | Location | Position | Date Hired | Date Verified |
|---|---|---|---|---|
| RETIRED | | | | 04/30/2011 |
| COSTCO | PHOENIX, AZ | AUDIT SUPERVISOR | 06/01/1985 | 08/01/2008 |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

Rating Key
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

Remarks Key
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

>PRL<   UNPAID BALANCE CHARGED OFF          >TTR<   TRANSFERRED TO RECOVERY

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

US BANK  #760825030****
PO BOX 2188
OSHKOSH, WI 54903
(800) 331-4738

| | | | | |
|---|---|---|---|---|
| Date Opened: | 01/08/2008 | Date Updated: | 07/05/2015 | Pay Status: | >Charged Off< |
| Responsibility: | Co-Signer on Account | Payment Received: | $0 | Terms: | $0 per month |
| | | Last Payment Made: | 11/08/2011 | Date Closed: | 08/05/2012 |
| Account Type: | Installment Account | Original ChargeOff: | $81,475 | | |
| Loan Type: | SECOND | | | | |

.Page 1 of 14



**MORTGAGE**

**High Balance:** High balance of $63,196 from 02/2013 to 07/2015
Estimated month and year that this item will be removed: 11/2018

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 |
| Remarks | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $61,475 | $74,099 | $73,539 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >PRL< | >TTR< >PRL< | >TTR< >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $73,091 | $72,643 | $72,083 | $71,635 | $71,187 | $70,627 | $70,179 | $69,731 | $69,171 | $68,723 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< | >TTR< >PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

**US BANK   #760825030****
MTG SERV TRAM 32-1POB 524
ST LOUIS, MO 63166
(800) 872-2657**

| | | | |
|---|---|---|---|
| Date Opened: | 01/08/2008 | Balance: | $0 |
| Responsibility: | Joint Account | Date Updated: | 06/26/2012 |
| Account Type: | Mortgage Account | Payment Received: | $0 |
| Loan Type: | SECOND MORTGAGE | Last Payment Made: | 11/08/2011 |
| | | High Balance: | $63,196 |

Pay Status:       >Account 120 Days Past Due Date<
Terms:            $531 per month, paid Monthly for 180 months
Date Closed:      06/26/2012
>Maximum Delinquency of 120 days in 05/2012 for



$2,656 and in 06/2012 for $3,188<

Remarks: CLOSED
Estimated month and year that this item will be removed: 12/2018

| Rating | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| | 120 | 90 | 60 | | OK | OK | OK | OK | OK | OK |

| Rating | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 |
|--------|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 03/2008 | 02/2008 |
|--------|---------|---------|
| | OK | OK |

# EXHIBIT F

P. O. Box 105518
Atlanta, GA 30348

000003946 F0ECA0828150229210000 01 000000
002021160-8597
David C Colby
12671 E Sheena Dr
Phoenix, AZ 85022

*wrong address*

# EQUIFAX

**CREDIT FILE: August 26, 2015**
**Confirmation # 5236004937**

Dear David C Colby:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact Equifax regarding the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

>>> We have reviewed the current address. The results are: The current address has been added/updated per the information you have supplied. 12671 E Sheena Dr Phoenix AZ 85022

**Credit Account Information**
(For your security, the last 4 digits of account numbers may have been replaced by *)
(This section includes open and closed accounts reported to credit grantors)

| Account History | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

Status Code:
Descriptions:

>>> We have researched the credit account. Account # 760825030* The results are: We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: US Bank, 12443 Olive Blvd, Saint Louis MO 63141-6432 Phone: (800) 365-7772

( Continued On Next Page. )

5236004937APPLADM-002021160-8597 -11243

**US Bank**  PO Box 2188 Oshkosh WI 54903-2188 (800) 331-4738

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 760825030* | 01/01/2008 | $0 | $0 | | Monthly | 36 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Actual Pymnt. Amount | Date of Last Pymnt. | Scheduled Payment Amount | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Date of Last Activity | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/26/2015 | $61,475 | $61,475 | $0 | 11/2011 | $0 | | 12/2011 | 08/2012 | | $61,475 | | $0 | | |

Status - Charge Off; Type of Account - Mortgage; Type of Loan - Second Mortgage; Whose Account - Joint Account;   ADDITIONAL INFORMATION -; Charged Off Account; Second Mortgage; Fixed Rate;

| Account History with Status Codes | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |
| | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | | | | | |
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | | | | | |

>>> **We have researched the credit account. Account #—760825030* The results are:** We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. Historical account information was deleted from this account. If you have additional questions about this item please contact: **US Bank, PO Box 2188, OSHKOSH WI  54903-2188 Phone: (800) 331-4738**

**US Bank**  PO Box 2188 Oshkosh WI 54903-2188 (800) 331-4738

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 760825030* | 01/01/2008 | $0 | $0 | | Monthly | 36 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Actual Pymnt. Amount | Date of Last Pymnt. | Scheduled Payment Amount | Date of Last Activity | Date of 1st Delinquency | Date Maj. Del. 1st Rptd | Date of Last Activity | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/26/2015 | $61,475 | $61,475 | $0 | 11/2011 | $0 | | 12/2011 | 08/2012 | | $61,475 | | $0 | | |

Status - Charge Off; Type of Account - Mortgage; Type of Loan - Second Mortgage; Whose Account - Joint Account;   ADDITIONAL INFORMATION -; Charged Off Account; Second Mortgage; Fixed Rate;

| Account History with Status Codes | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |
| | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | | | | | |
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | | | | | |

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

5236004937APPLADM-002021160-8597 - 112

( End Of Report )

# EXHIBIT G

# EQUIFAX

P. O. Box 105518
Atlanta, GA 30348

000000782 F0ECA0828150229210000 01 000000
002021160-8598
Diana Colby
1267 E Sheena Dr
Phoenix, AZ 85022-4481

**CREDIT FILE : August 27, 2015**
**Confirmation # 5236051327**

Dear Diana Colby:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact Equifax regarding the reinvestigated items. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *)
This section includes both open and closed accounts reported by credit grantors.

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Status Code | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| Descriptions | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> We have researched the credit account, Account # -760826030* The results are: This creditor is currently reporting a zero balance for this account. Please be advised that this account is currently reporting as a single entry on the Equifax credit file. If you have additional questions about this item please contact: US Bank, 12443 Olive Blvd, Saint Louis MO 63141-6422 Phone: (800) 365-7772

**US Bank**  PO Box 2188, Oshkosh WI 54903-2188 (800) 331-4736
Account #
760826030*

| Items As Of Date Reported | Balance Amount | Amount Past Due | Date Opened | High Credit | Date of Last Payment | Scheduled Paymnt Amount | Actual Paymnt Amount | Credit Limit | Terms Duration | Terms Frequency | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del 1st Rptd | Charge Off Amount | Months Revd | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/27/2015 | $61,475 | $61,475 | 01/01/2008 | $0 | 11/2011 | $0 | $0 | $0 | | Monthly | 01/2011 | 08/2012 | 08/2012 | $61,475 | 36 | | | $0 | | |

Status - Charge Off; Type of Account - Mortgage; Type of Loan - Second Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Charged Off Account; Second
Mortgage; Fixed Rate;

Account History
with Status Codes

| 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 |
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |
| 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | | | | | |
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | | | | | |

( Continued On Next Page )

5236051327GAZ-002021160- 8598 - 11243 - ASL

>>> We have researched the credit account. Account #-760825030* The results are: This creditor has verified to OUR company that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. Please be advised that this account is currently reporting at a single entry on the Equifax credit file. If you have additional questions about this item please contact: US Bank, PO Box 2188, OSHKOSH WI 54903-2188 Phone: (800) 331-4738

**US Bank - PO Box 2188; Oshkosh WI 54903-2188; (800) 331-4738**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Rvwd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 760825030* | 01/01/2006 | $0 | $0 | | Monthly | 36 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Pymnt | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/27/2015 | $61,475. | $61,475 | 11/2011 | $0 | $0 | 01/2011 | 01/2011 | 08/2012 | $61,475 | $0 | $0 | | |

Status - Charge Off; Type of Account - Mortgage; Type of Loan - Second Mortgage; Whose Account - Joint Account; ADDITIONAL INFORMATION - Charged Off Account; Second Mortgage; Fixed Rate;

**Account History with Status Codes**

| 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

---

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two-hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( End Of Report )

5238051327GAZ-002021160-8598-11243-AS

# EXHIBIT H

P.O. BOX 2000
Chester, PA 19022-2000

08/27/2015

TransUnion 

P4T11C00203221-I023245-012827468

DAVID C. COLBY JR
1267 E SHEENA DR
PHOENIX, AZ 85022-4481

You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None of your personal information or your credit information will be collected through this online survey. We value your feedback!

http://transunionmail.periscopeiq.com

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| US BANK<br>PO BOX 2188<br>OSHKOSH, WI 54903<br>(800) 331-4738 | # 760825030**** | NEW INFORMATION BELOW |

US BANK
M'G SERV TRAM 32-1
PCB 524
ST LOUIS, MO 63166
(800) 872-2657

# 760825030****

NEW INFORMATION BELOW

# TransUnion Personal Credit Score

DAVID C. COLBY JR.



**Score**
**Not Purchased**
(See Below)

**Grade**

Created on
08/27/2015

Based on your TransUnion credit report, this is a depiction of your creditworthiness.

990
A 900
B 800
C 700
D 600
F 501

Unavailable
(See Below)

The numerical score ranges from 990 to 501 equaling grade ranges from A to F.

Unavailable
(See Below)

100%

50%

0%

Your credit ranks higher than --% of the nation's population.

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

- For your protection, your account numbers have been partially masked, and in some cases scrambled.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added brackets or shading to those items in this report.

Date Issued:          08/27/2015                                    **TransUnion.**

-Begin Credit Report-



| X | | OK |

---

**US BANK #760825030****** (PO BOX 2188, OSHKOSH, WI 54903, (800) 331-4738)

| | | | |
|---|---|---|---|
| Date Opened: | 01/08/2008 | Balance: | $61,475 |
| Responsibility: | Joint Account | Date Updated: | 08/26/2015 |
| Account Type: | Mortgage Account | Payment Received: | $0 |
| Loan Type: | SECOND MORTGAGE | Last Payment Made: | 11/08/2011 |
| | | High Balance: | $63,196 |
| | | Past Due: | >$61,475< |

Pay Status: >Charged Off<
Terms: $0 per month, paid Monthly

Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 11/2018

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2012 |
|---|---|
| Rating | |

---

**US BANK #760825030****** (PO BOX 2188, OSHKOSH, WI 54903, (800) 331-4738)

| | | | |
|---|---|---|---|
| Date Opened: | 01/08/2008 | Balance: | $61,475 |
| Responsibility: | Joint Account | Date Updated: | 08/26/2015 |
| Account Type: | Mortgage Account | Payment Received: | $0 |
| Loan Type: | SECOND MORTGAGE | Last Payment Made: | 11/08/2011 |
| | | High Balance: | $63,196 |
| | | Past Due: | >$61,475< |

Pay Status: >Charged Off<
Terms: $0 per month, paid Monthly for 180 months
>Maximum Delinquency of 120 days in 05/20) 2<

Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 11/2018

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/201 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/200 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

FOR: DAVID C. COLBY JR

File Number: 343451201   Date Issued: 08/22/2015

- End of Investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

-End of Credit Report-

P 4T11C-002 03231-I023249-05/08

P4T11C:002 03221-I023250 06/

## Summary of Rights

### GENERAL SUMMARY OF CONSUMER RIGHTS UNDER THE FCRA

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

#### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you–must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1. a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | Federal Trade Commission Consumer Response Center - FCRA Washington, DC 20580          1-877-382-4357 |
| 2. To the extent not included in item 1 above: a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | Federal Reserve Consumer Help (FRCH) PO Box 1200 Minneapolis, MN 55480          1-888-851-1920 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| d. Federal Credit Unions | National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, S.E. Washington, DC 20590          1-202-366-1306 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, S.W. Washington, DC 20423 |
| 5. Creditors subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F Street NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center-FCRA Washington, DC 20580          1-877-382-4357 |

# EXHIBIT I

538516755-008 ***
P.O. Box 2000
Chester, PA 19022-2000

08/27/2015



P4T11C00202839-1020189-012827086

DIANA L. COLBY
1267 E SHEENA DR
PHOENIX, AZ 85022-4481

You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None of your personal information or your credit information will be collected through this online survey. We value your feedback!

http://transunionmail.periscopeiq.com



Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| PERSONAL INFORMATION | | |
| US BANK<br>PO BOX 2188<br>OSHKOSH, WI 54903<br>(800) 331-4738 | # 760825030**** | NEW INFORMATION BELOW<br>NEW INFORMATION BELOW |

P4T11C00202839-1020189-

US BANK
MTG SERV TRAM 32-1
POB 524
ST LOUIS, MO 63166
(800) 872-2657

# 760825030****                    NEW INFORMATION BELOW

P 4T11C-002 02039-I020190 0

# TransUnion Personal Credit Score
DIANA L. COLBY



## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information concerning your TransUnion credit report

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added brackets or shading to those items in this report.

File Number:        338318755
Date Issued:        08/27/2015

**TransUnion**

-Begin Credit Report-

You have been on our files since 10/01/1981

SSN: XXX-XX-6544                    Date of Birth: 01/26/1961

**Names Reported:** DIANA L COLBY, DIANE LYNN COLBY, and DIANA LYNN LESHER

**Addresses Reported:**

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 1267 E SHEENA DR, PHOENIX, AZ 85022-4481 | 08/26/2014 | 14131 W GREENVIEW CIR S, LITCHFIELD PARK, AZ 85340-5022 | 01/10/2012 |
| 5608 W GARDENIA AVE, GLENDALE, AZ 85301-1923 | 07/01/2005 | 7391 W PIUTE AVE, GLENDALE, AZ 85308-5638 | 08/01/2001 |
| 803 SW 134TH ST, BURIEN, WA 98146-3140 | | 2167 E SHEENA DR, PHOENIX, AZ 85022-4674 | 09/14/2014 |

**Telephone Numbers Reported:**

(623) 451-6736        (623) 242-7711        (480) 293-2123        (623) 934-9072        (623) 362-1340

**Employment Data Reported:**

| Employer Name | Date Verified | Location | Position | Date Hired |
|---|---|---|---|---|
| RETIRED | 04/30/2011 | | | |
| COSTCO | 08/01/2008 | PHOENIX, AZ | AUDIT SUPERVISOR | 06/01/1985 |

**US BANK #760825030****** (PO BOX 2188, OSHKOSH, WI 54903, (800) 331-4738)

| | | | |
|---|---|---|---|
| Date Opened: 01/08/2008 | Balance: $61,475 | Pay Status: >Charged Off< | |
| Responsibility: Joint Account | Date Updated: 08/26/2015 | Terms: $0 per month, paid Monthly | |
| Account Type: Mortgage Account | Payment Received: $0 | | |
| Loan Type: SECOND MORTGAGE | Last Payment Made: 11/08/2011 | | |
| | High Balance: $63,196 | | |
| | Past Due: >$61,475< | | |

Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 11/2018

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2012 |
|---|---|
| Rating | |

**US BANK #760825030****** (PO BOX 2188, OSHKOSH, WI 54903, (800) 331-4738)

| | | | |
|---|---|---|---|
| Date Opened: 01/08/2008 | Balance: $61,475 | Pay Status: >Charged Off< | |
| Responsibility: Joint Account | Date Updated: 08/26/2015 | Terms: $0 per month, paid Monthly for 1 months | |
| Account Type: Mortgage Account | Payment Received: $0 | | |
| Loan Type: SECOND MORTGAGE | Last Payment Made: 11/08/2011 | >Maximum Delinquency of 120 days in 05/201 | |
| | High Balance: $63,196 | | |
| | Past Due: >$61,475< | | |

Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 11/2018

Consumer Credit Report for DIANA L. COLBY

File Number: 338516755   Date Issued: 08/27/2015

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | | |

| | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | | | | | | | | | OK | OK | OK | OK | OK | OK |

| | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

-End of Credit Report-

P 4T 11C-002 02839-I020194 06

**Summary of Rights**

## GENERAL SUMMARY OF CONSUMER RIGHTS UNDER THE FCRA

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment -- or to take another adverse action against you-must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
| --- | --- |
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | Federal Trade Commission Consumer Response Center - FCRA Washington, DC 20580          1-877-382-4357 |
| 2. To the extent not included in item 1 above: a: National banks, federal savings associations, and federal branches and federal agencies of foreign banks | Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | Federal Reserve Consumer Help (FRCH) PO Box 1200 Minneapolis, MN 55480          1-888-851-1920 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| d. Federal Credit Unions | National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, S.E. Washington, DC 20590          1-202-366-1306 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, SW, Washington, DC 20423 |
| 5. Creditors subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F Street NE Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center-FCRA Washington, DC 20580          1-877-382-4357 |

RECEIVED NOV 1 4 2015

Jacob C. Jones (#029971)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6562
Facsimile: 602.382.6070
E-Mail: jcjones@swlaw.com
Attorneys for Defendant Equifax Inc.

## McDOWELL MOUNTAIN JUSTICE COURT

## MARICOPA COUNTY, STATE OF ARIZONA

DAVID COLBY and DIANA COLBY,

Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

Defendants.

No. CC2015184202

**DEFENDANT EQUIFAX INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant, Equifax Inc., by Counsel, files its Answer and Defenses to Plaintiffs' Complaint ("Complaint") as follows:

### PRELIMINARY STATEMENT

In answering the Complaint, Equifax Inc. states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax Inc. denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

### ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax Inc. responds as follows:

1.    Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and, therefore, denies those allegations.

2.    Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and, therefore, denies those allegations.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

22894253

3.     Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and, therefore, denies those allegations.

4.     Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and, therefore, denies those allegations.

5.     Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and, therefore, denies those allegations.

6.     Equifax Inc. denies the allegations in Paragraph 6.

7.     Equifax Inc. denies the allegations in Paragraph 7.

8.     To the extent that Plaintiff can maintain this action, which Equifax Inc. denies, Equifax Inc. admits the court has jurisdiction of the case.  Equifax Inc. denies the remaining allegations in Paragraph 8 as they relate to Equifax Inc.  Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8 and, therefore, denies those allegations.

9.     Equifax Inc. denies the allegations in Paragraph 9 as they relate to Equifax Inc.  Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9 and, therefore, denies those allegations.

10.     Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and, therefore, denies those allegations.

11.     Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and, therefore, denies those allegations.

12.     Equifax Inc. denies the allegations in Paragraph 12 as they relate to Equifax Inc.  Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 12 and, therefore, denies those allegations.

13.     Equifax Inc. denies the allegations in Paragraph 13 as they relate to Equifax Inc.  Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 13 and, therefore, denies those allegations.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

- 2 -

14. Equifax Inc. denies the allegations in Paragraph 14 as they relate to Equifax Inc. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 14 and, therefore, denies those allegations.

15. Equifax Inc. denies the allegations in Paragraph 15 as they relate to Equifax Inc. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 15 and, therefore, denies those allegations.

16. Equifax Inc. denies the allegations in Paragraph 16 as they relate to Equifax Inc. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 16 and, therefore, denies those allegations.

17. Equifax Inc. denies the allegations in Paragraph 17 as they relate to Equifax Inc. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 17 and, therefore, denies those allegations.

18. Equifax Inc. denies the allegations in Paragraph 18 as they relate to Equifax Inc. Equifax Inc. is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 18 and, therefore, denies those allegations.

19. Equifax Inc. denies that the Plaintiffs are entitled to any relief claimed in the Complaint.

20. Any allegation in Plaintiffs' Complaint not heretofore specifically responded to by Equifax Inc. is hereby denied.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiffs, Equifax Inc. pleads the following defenses to the Complaint:

### First Defense

Plaintiffs' Complaint fails to state a claim against Equifax Inc. upon which relief can be granted.

### Second Defense

Plaintiffs' damages, if any, were not caused by Equifax Inc., but by another person or entity for whom or for which Equifax Inc. is not responsible.

- 3 -

22894253

### Third Defense

Equifax Information Services LLC, not Equifax Inc., is the consumer reporting agency for Plaintiffs' credit files.

### Fourth Defense

Equifax Inc. is not a proper party to this action.

### Fifth Defense

At all relevant times herein, the Plaintiffs' alleged damages, which Equifax Inc. denies exist, were aggravated by the failure of the Plaintiffs to use reasonable diligence to mitigate the same. Therefore, Plaintiffs' recovery, if any, should be barred or decreased by reason of their failure to mitigate alleged losses.

### Sixth Defense

Plaintiffs cannot meet the requirements of 15 U.S.C. § 1681n in order to recover punitive or statutory damages.

### Seventh Defense

Equifax Inc. adopts by reference the defenses, criteria, limitations, standards and constitutional protections mandated or provided by the United States Supreme Court in the following cases: *BMW v. Gore*, 517 U.S. 559 (1996); *Cooper Indus.; Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 923 (2001); *State Farm v. Campbell*, 538 U.S. 408 (2003), and *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47 (2007).

Equifax Inc. reserves the right to assert additional defenses that it learns through the course of discovery.

**WHEREFORE**, having fully answered or otherwise responded to the allegations contained in Plaintiffs' Complaint, Equifax Inc. prays that:

(1)    Plaintiffs' Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)    That Equifax Inc. be dismissed as a party to this action;

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

22894253

(3)     That this lawsuit be deemed frivolous and Equifax Inc. recover from plaintiffs its expenses of litigation, including but not limited to attorneys' fees pursuant to 15 U.S.C. § 1681n(c) and 15 U.S.C. § 1681o(b); and

(4)     That Equifax Inc. recover such other and additional relief, as the Court deems just and appropriate.

DATED this 12th day of November, 2015.

SNELL & WILMER LLP


By: _____
Jacob C. Jones
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Attorneys for Plaintiff Equifax Inc.

22894253

## CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of November, 2015 filed with the

McDowell Mountain Justice Court Defendant Equifax Inc.'s Answer and Defenses to

Plaintiff's Complaint and a copy of the foregoing has been served via first class mail to

the following counsel of record:

Kevin Fallon McCarthy
Joon Kee
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251

Phillip Wooten
Philip R Wooten PC
3413 E. Equestrian Trl
Phoenix, AZ 85044-3403



- 6 -

22894253

RECEIVED OCT 3 1 2015

1   Philip R. Wooten
    Philip R. Wooten PC
2   3413 E. Equestrian Trail
    Arizona State Bar No. 007006
3   Phoenix, AZ 85044-3403
    Telephone: (480) 598-4330
4   Facsimile: (480) 598-4331
    philip.wooten@azbar.org
5

6   ***Counsel for Trans Union LLC***

McDOWELL MOUNTAIN JUSTICE COURT
FILED

2015 OCT 29 PM 3: 20

7

8

9

10

# McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

11   DAVID COLBY AND DIANA
12   COLBY,

13          Plaintiffs,

14   vs.

15   U.S. BANK NATIONAL
    ASSOCIATION ND, EQUIFAX INC.,
16   AND TRANSUNION, LLC,

17          Defendants.

Case No. CC2015184202

**DEFENDANT TRANS UNION
LLC's ANSWER AND
DEFENSES TO PLAINTIFFS'
COMPLAINT**

18       Trans Union LLC ("Trans Union"), one of the Defendants herein, files its

19   Answer and Affirmative Defenses to the Complaint ("Complaint") filed by David

20   Colby and Diana Colby ("Plaintiffs"). The paragraph numbers below correspond to

21   the paragraph numbers contained in the Plaintiffs' Complaint to the extent

22   possible.

23       1.    Trans Union is without knowledge or information sufficient to form a

24   belief as to the truth of the allegations contained in paragraph 1 of the Complaint,

25   and therefore, denies the same.

26       2.    Trans Union is without knowledge or information sufficient to form a

27   belief as to the truth of the allegations contained in paragraph 2 of the Complaint,

28   and therefore, denies the same.

1

3.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint, and therefore, denies the same.

4.     Trans Union admits that it is a "consumer reporting agency" as defined by the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681a(f). Trans Union admits that it is a foreign corporation authorized to do business within the State of Arizona. Trans Union also admits that it maintains a registered agent in Arizona.

5.     Trans Union admits that it is a foreign corporation authorized to do business within the State of Arizona.

6.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint, and therefore, denies the same.

7.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint, and therefore, denies the same.

8.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, and therefore, denies the same. Trans Union reserves the right to seek removal of this civil action pursuant to 28 U.S.C. § 1446.

9.     Trans Union admits that Plaintiffs are consumers as defined in 15 U.S.C. § 1681 a(c). Trans Union denies the remaining allegations contained in paragraph 9 of the Complaint. As to the remaining Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint, and therefore, denies the same.

7279466.2/SP/83057/2037/102915

10.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint, and therefore, denies the same.

11.     Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint, and therefore, denies the same.

12.     Trans Union denies the allegations contained in paragraph 12 of the Complaint.  As to the remaining Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and therefore, denies the same.

13.     Trans Union admits that on August 20, 2015, it received correspondence from Plaintiff, David Colby disputing US Bank account # …4535. Trans Union further admits that on August 20, 2015, it received correspondence from Plaintiff, Diana Colby disputing US Bank account # …4535.  As to the remaining Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint, and therefore, denies the same.

14.     Trans Union denies reporting inaccurate information with regard to Plaintiffs.  As to Defendant U.S. Bank National Association ND, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint, and therefore, denies the same.

15.     Trans Union denies the allegations contained in paragraph 15 of the Complaint.  As to the remaining Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint, and therefore, denies the same.

16.     Trans Union denies the allegations contained in paragraph 16 of the Complaint.  As to the remaining Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint, and therefore, denies the same.

17.     Trans Union denies the allegations contained in paragraph 17 of the Complaint.  As to the remaining Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint, and therefore, denies the same.

18.     Trans Union denies the relief sought by Plaintiffs in paragraph 18 of the Complaint.   As to the remaining Defendants, Trans Union is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint, and therefore, denies the same.

Trans Union denies the relief sought in the prayer paragraph of the Complaint, including all subparts.

### DEFENSES

19.     Plaintiffs have failed to state a claim against Trans Union upon which relief can be granted.

20.     At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiffs in preparing consumer reports related to Plaintiffs.

21.     Trans Union alleges that any alleged damages to Plaintiffs, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiffs

4

or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

22.     Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiffs.

23.     Trans Union at all times acted in compliance with the FCRA.

24.     Plaintiffs failed to mitigate their alleged damages.

25.     Plaintiffs' claims for exemplary or punitive damages and the FCRA damage model violate the Due Process and Double Jeopardy Clauses of the Fifth Amendment, the Excessive Fines Clause of the Eighth Amendment, and the laws of the State of Arizona.

26.     Trans Union affirmatively pleads that it is entitled to attorney's fees in the event that the Court determines that the Plaintiffs have filed an unsuccessful pleading, motion, or other paper in connection with this action under Section 1681n or 1681o of the FCRA in bad faith or for purposes of harassment.

27.     Any alleged damages to Plaintiffs, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC, respectfully requests that this Honorable Court deny the relief requested in Plaintiffs' Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the court deems just.

7279466.2/SP/83057/2037/102915

1      DATED this October 29, 2015.

2

3                          PHILIP R. WOOTEN P.C.

4

5

6                          Philip R. Wooten (# 007006)
                            3413 E. Equestrian Trail

7                          Phoenix, AZ  85044-3403
                            Telephone: (480) 598-4330

8                          Facsimile:   (480) 598-4331
                            Email: Philip.wooten@azbar.org

9

10                        COUNSEL FOR DEFENDANT
                          TRANS UNION LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1

## CERTIFICATE OF SERVICE

2

I CERTIFY that a true and correct copy of the above and foregoing

3  document has been or will be mailed on the 29th day of October, 2015 to the

4  following counsel:

5  Kevin Fallon McCarthy
   Joon Kee
6  4250 North Drinkwater Blvd., Suite 320
   Scottsdale, AZ 85251
7  Telephone: (602) 456-8900
8  Email: joon.kee@mccarthylawyer.com
9  **Counsel for Plaintiffs**

10

11

12

13

14

15

16  

17

18  **PHILIP R. WOOTEN**

19

20

21

22

23

24

25

26

27

28

7

RECEIVED OCT 3 1 2015



# Maricopa County Justice Courts, State of Arizona
### North East Region
### McDowell Mountain Justice Court
18380 N. 40th Street
Phoenix, AZ  85032
(602) 372-7000
http://justicecourts.maricopa.gov

# RECEIPT

**Transaction #:**  5289744
**Date:**  Oct 29, 2015 at  3:20:26 PM
**Cashier ID:**  52166

CV ANSWER

| Type | Case # | Party Name | Balance Due | Payer Name | Amount Paid |
|------|--------|------------|-------------|------------|-------------|
| Check / 3410 | CC2015184202 | TRANSUNION | $0.00 | PHILIP WOOTEN | 65.00 |
| | | | | | $65.00 |

| | |
|---|---|
| Amount Tendered: | 65.00 |
| Payment: | 65.00 |
| **Change Due:** | **$0.00** |



# Maricopa County Justice Courts, Arizona

McDowell Mountain Justice Court     18380 North 40th Street Ste 130, Phoenix AZ   85032     602-372-7000

|  |  |
|---|---|
| | CASE NUMBER: CC2015184202   RC |
| DIANA AND DAVID COLBY | TRANSUNION<br>2338 W ROYWAL PALM RD STE J<br>PHOENIX, AZ 85021 |
| **Plaintiff(s)   Name / Address / Phone** | **Defendant(s)   Name / Address / Phone** |
| KEVIN F MCCARTHY<br>4250 N DRINKWATER BLVD, STE 320<br>SCOTTSDALE, AZ 85251 | PHILIP WOOTEN<br>3413 E EQUESTRAIN TRAIL<br>PHOENIX, AZ 85044 |
| **Attorney for Plaintiff(s)   Name / Address / Phone** | **Attorney for Defendant(s)   Name / Address / Phone** |

---

| NOTICE OF MEDIATION CONFERENCE | JCRCP Rule 130 |
|---|---|

**The mediation hearing is for the purpose of assisting parties in settling their dispute outside the courtroom. Mediators will be present to assist in the settlement discussion. Any agreement entered into will be by consent of all parties.**

A Mediation Conference has been set for:

Date: 01/25/2016          Time: 01:30                   PM

Be in court at least 15 minutes before the scheduled hearing.
YOU MUST CHECK IN AT THE FRONT COUNTER BEFORE ENTERING THE COURT ROOM.
*(Esté en el tribunal por lo menos 15 minutos antes de la audiencia programada.)*
*(DEBE REGISTRARSE EN EL MOSTRADOR DELANTERO ANTES DE ENTRAR EN LA SALA DEL TRIBUNAL)*
REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES SHOULD BE MADE TO THE COURT AS SOON AS POSSIBLE.
*(LAS SOLICITUDES PARA ARREGLOS O ADAPTACIONES RAZONABLES PARA PERSONAS CON DISCAPACIDADES SE DEBEN PRESENTAR ANTE ELTRIBUNAL LO MAS ANTES POSIBLE.)*
If an interpreter is needed, please contact the court listed above to request an interpreter be provided.
*(En caso de necesitarse un intérprete, favor de comunicarse con el Tribunal antes mencionado para solicitar que se brinden los servicios de un intérprete.)*

**NOTICE:**
1. If any party fails to appear at the time scheduled for this conference or failure to participate in good faith, a dismissal or a judgment may result, pursuant to Rule 131(a) & 127(d) Justice Court Rules of Civil Procedure (JCRCP).

2. Every party must participate in the mediation conference in good faith. A party may appear and participate in person, or a party may participate by telephone with the prior approval of the court by filing a Motion *(Note: court can only grant 1 party in each case to appear by telephone, however Court holds this privilege for attorneys)*

3. If a settlement is reached, the mediator will put the terms of the settlement in writing, and will have the parties sign the agreement as an enforceable contract.

4. If a settlement was not reached because a party failed to participate in good faith, the mediator will inform the court of the manner in which the party failed to show good faith; and the court may order an appropriate penalty provided under Rule 131(a) & 127(d) against that party including a monetary penalty.

---

I CERTIFY that I delivered / mailed a copy of this document to:

☐ Plaintiff at the above address   ☒ Plaintiff's attorney   ☐ Defendant at the above address   ☒ Defendant's attorney

Date: 11/10/2015          By LM _____
                                       Clerk

## Maricopa County Justice Courts
INFORMATION ON MEDIATION

The court, acting on its own motion, and in accordance with Rule130, Justice Court Rules of Civil Procedure, and ARS 22-201 (G); It appearing to the court that this case may likely be able to be resolved through mediation. Mediation is designed as a process in which the parties have the opportunity to talk about the problem that has brought them to court and to find their own solution. The mediation process is, by design, meant to be informal.

Court-appointed mediators will conduct a mediation conference

**(Read very carefully):**

1 . CONFIDENTIALITY:
Mediation proceedings shall be held in private. All communications, verbal or written, made in the proceedings shall be confidential and shall not be disclosed unless the parties file a written notice consent and signed by each party and their respective counsel, if any. Since the mediation process often involves compromise and offers of compromise, Rule 408, Rules of Evidence, shall apply to the mediation proceeding.

2. MEDIATION CONFERENCE:
The mediators will conduct conference. Counsel for any party may be present. Counsel for the parties shall be provided an opportunity to confer with the mediators prior to the mediation conference, and may be excluded thereafter where, in the discretion of the mediators, exclusion of counsel is deemed by the mediators to be appropriate or necessary. The mediators shall be entitled to interview any persons having any relation to the controversy when appropriate.

3. MEDIATION REPORT:
If the mediation is successful in resolving any or all issues, such agreement shall be reduced to writing, signed by each party and counsel, if any, submitted to the court for approval. Upon the court entering a written order, the mediation agreement shall be considered binding. In the event that no agreement is reached or the agreement is not signed by both parties and counsel, if any, then such agreement is not binding and the mediation shall be considered unsuccessful. The mediators shall notify the court when the mediation has been concluded.

4. SEALING OF MEDIATION AGREEMENT:
Either or both parties may request, by motion, that the agreement be sealed and maintained as confidential between the parties. Upon either party request, the court shall seal the agreement in the court file, to be unsealed only upon subsequent order of the court. The sealing of the agreement shall not be interpreted to mean that the entire court file shall also be sealed, unless it has been specifically requested by one or more of the parties and ordered by the court.

5. FAILURE TO APPEAR:
The parties are cautioned that failure to appear at Mediation may result in sanctions for waste of the Court's resources If one or both parties fail to appear at the Mediation Conference. The Mediator shall promptly report the identity of that party having failed to appear and the Court shall then take action. Failure to appear by the Plaintiff(s) may result in a dismissal of the plaintiff's complaint. Failure to appear by the Defendant(s) may result in the issuance of a Default Judgment. To properly cancel the scheduled Mediation Conference, that has been resolved by the parties. The plaintiff shall inform the court, in writing, at least 24 hours prior to the scheduled court date to vacate the Mediation Conference. If the motion is made within less than prescribed 24 hours, the plaintiff must appear in person at the scheduled Mediation Conference in order to cancel the matter and avoid the possibility of being sanctioned.

6. APPEARANCE OF PARTIES:
The court will enforce the requirements of Rule 31(a)(3), Rules of the Supreme Court, relative to the unauthorized practice of law. Power of Attorney does not give a person the right to represent another in a court of law. Any party who is in non-compliance with this rule may be deemed as having failed to appear. An individual may appear and represent himself. A corporation may be represented by a full-time officer of the corporation whose principal duty is not representing the corporation in court. See Rule 31(a)(4)(c), Rules of the Supreme Court. Generally, marital communities, partnerships, limited liability companies, and other entities, must be represented by an attorney.

7. SELF REPRESENTED LITIGANTS:
Litigants who undertake to represent themselves without an attorney are entitled to no more consideration than if the party had been represented by an attorney. Litigants who represent themselves are held to the same standard regarding statutes and rules See Smith vs. Robb, 95 Ariz. 49, 386 P.2d 649 (Ariz 1963).

8. REQUIRED APPEARANCE BY REAL-PARTY-IN-INTEREST:
There shall be at least one real-party-in-interest who has full settlement authority to enter into a binding settlement agreement other than the party's attorney. The failure of such a person to appear and participate may be deemed a failure to appear. See rule 131(b) JCRCP. In the alternative, an attorney or other representative is supposed to request the approval of the court in writing, in advance of the mediation date, if they would like to appear alone on behalf of a real-party- in-interest. Their request would indicate that they have the full authority to resolve the issue(s) for the real-party-in-interest."

9. TELEPHONIC APPEARANCE BY PARTIES:
Mediation best works with the parties being present, telephonic appearances by parties will not be permitted except where the party resides outside of Maricopa County. Requests for telephonic appearance of a party shall be made by motion filed not later than thirty (30) days prior to the mediation date set. If the court grants the motion for telephonic appearance, the person shall be responsible for telephoning the court at the time set for the mediation and shall incur any and all telephone expenses.

10. MEDIATION CONFERENCE DATE:
The court will set the mediation conference after the answer having been filed. It is the intent of this requirement to foster a settlement prior to the expenses of litigation becoming a deterring factor.

11. CONTINUANCES:
Because of the heavy caseload volume in this court, requests for continuances are extremely disruptive and time consuming and are, therefore, discouraged. Any party having a prior calendar conflict shall motion within five (5) calendar days of coming into knowledge of the conflict, and not later than thirty (30) days before the date set for mediation shall provide specific detail, and supporting documentation, of the reason necessitating the continuance,

12. DISCLOSURE STATEMENTS:
Each party shall be requested to comply with Rule regarding the prompt disclosure of information. The parties shall serve upon each other their initial disclosure statement not later than forty (40) days after the answer having been filed, or when ordered by the Court. Any party failing to timely disclose information required by Rule shall be subject to sanctions as provided at JCRCP.

13. MOTIONS:
Any motion or stipulation shall be filed not later than 30 days prior to the mediation date except a stipulation for entry of judgment or dismissal, notice of settlement, or an emergency matter. Any untimely motion will be considered by the court only after the mediation and pretrial conference. The requirements for civil motion practice set forth at Rule 128 Rules JCRCP, shall apply. The Justice Court does not accept motions filed via facsimile. See Rule 120 , JCRCP

14. NOTICE OF SETTLEMENT:
It shall be the duty of all parties to give the court prompt notice of the settlement. Delay in giving notice, the court may impose sanctions against counsel or parties to insure future compliance the rule. Any notice of settlement received by the court less than two (2) judicial days prior to the time set for the mediation conference shall be deemed untimely.

15. DISCOVERY MOTIONS:
No motion for order compelling disclosure or discovery will be considered or scheduled unless the moving party shall have first complied with Rule 121, JCRCP

16. GOOD FAITH REQUIRED:
The parties shall participate in good faith in the mediation process.

17. SANCTIONS:
The court may impose any of the sanctions which apply to a settlement conference as set for at, inter alia, Rule 131 JCRCP

18. PENALTIES:
The penalties that a court may impose include ordering that certain witnesses or exhibits may not be used at trial; that a particular fact is deemed established; that a pleading or a claim or defense in a pleading be stricken; or that the party be assessed the reasonable attorneys' fees, costs, and expenses of a party who was harmed by inaccurate, untimely, or lack of disclosure or discovery. The court may also impose any other reasonable civil penalty, including a monetary penalty, which is appropriate under the circumstances. JCRCP 131a & 127d

1  Philip R. Wooten
   Philip R. Wooten PC
2  3413 E. Equestrian Trail
   Arizona State Bar No. 007006
3  Phoenix, AZ 85044-3403
   Telephone: (480) 598-4330
4  Facsimile:  (480) 598-4331
5  philip.wooten@azbar.org
6  **Counsel for Trans Union LLC**

7

8              **McDOWELL MOUNTAIN JUSTICE COURT**
9              **MARICOPA COUNTY, STATE OF ARIZONA**
               18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032
10

11  DAVID COLBY AND DIANA             )   Case No. CC2015184202
    COLBY,                            )
12                                    )
                                      )
13            Plaintiffs,             )   **NOTICE OF SETTLEMENT AS**
                                      )   **TO DEFENDANT TRANS**
14  vs.                               )   **UNION LLC, ONLY**
                                      )
15  U.S. BANK NATIONAL                )
    ASSOCIATION ND, EQUIFAX INC.,     )
16  AND TRANSUNION, LLC,              )
                                      )
17            Defendants.

18       .       Plaintiffs David and Diana Colby ("Plaintiffs") and Defendant Trans Union
19  LLC ("Trans Union") respectfully notify the Court, pursuant to Rule 102(b)(5),
20  JCRCP, that Plaintiffs and Trans Union have settled all claims between them in
21  this matter and are in the process of completing the final settlement agreement and
22  filing appropriate dismissal documents, relating to Trans Union only, and will do
23  so within 30 days of the filing of this Notice.

24       DATED this 24th day of November, 2015.
25
26
27
28

                                                                              1

1

 [WITH PERMISSION]

2

Kevin Fallon McCarthy (#011017)
Joon Kee (#028152)

3

4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251

4

Telephone: (602) 456-8900

5

Email: joon.kee@mccarthylawyer.com

6

**COUNSEL FOR PLAINTIFFS**

7

8

9

Philip R. Wooten (# 007006)

10

3413 E. Equestrian Trail
Phoenix, AZ  85044-3403

11

Telephone: (480) 598-4330

12

Facsimile:   (480) 598-4331
Email: Philip.wooten@azbar.org

13

14

**COUNSEL FOR DEFENDANT
TRANS UNION LLC**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## CERTIFICATE OF SERVICE

2   I CERTIFY that a true and correct copy of the above and foregoing

3   document has been or will be mailed on the 24th day of November, 2015 to the

4   following counsel:

5   Kevin Fallon McCarthy                    Jacob C. Jones

6   Joon Kee                                 Snell & Wilmer L.L.P.
    4250 North Drinkwater Blvd., Suite 320   One Arizona Center

7   Scottsdale, AZ 85251                     400 E. Van Buren, Suite 1900
    Telephone: (602) 456-8900                Phoenix, AZ 85004-2202

8   Email: joon.kee@mccarthylawyer.com       Telephone: (602) 382-6562

9   **Counsel for Plaintiffs**                   Facsimile: (602) 382-6070
                                             Email: jcjones@swlaw.com

10                                           **Counsel for Equifax Inc.**

11

12

13

14   _____

15           **PHILIP R. WOOTEN**

16

17

18

19

20

21

22

23

24

25

26

27

28

3

7408271.3/SP/83057/2037/112015

**Lawgistic Partners AZ, LLC**
14626 N 78th Way, Unit A, Unit A
Scottsdale, AZ 85260
(480) 966-2228

**In the McDowell Mountain Justice Court of the State of Arizona, In and For the County of Maricopa**

DAVID COLBY AND DIANA COLBY,
      Plaintiff(s),

vs.

U.S. BANK NATIONAL ASSOCIATION ND, EQUIFAX
INC., AND TRANSUNION, LLC,
      Defendant(s),

Case No. CC2015-184202
**CERTIFICATE OF SERVICE**

---

STATE OF ARIZONA       )
COUNTY OF MARICOPA   ) ss.

I, Clayton Gable #7153, the undersigned, certify under penalty of perjury, that I am fully qualified, pursuant to Rule 4(d), Arizona Rules of Civil Procedure, to serve process in this cause.

On 10/02/2015, I received from McCarthy Law PLC, the SUMMONS, NOTICE TO DEFENDANT AND COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING/EXHIBIT A-I.

On 10/09/2015 at 9:22 AM, I served the aforementioned documents on TRANSUNION, LLC at S/A: PRENTICE HALL CORP SYSTEM 2338 WEST ROYAL PALM ROAD, SUITE J, PHOENIX, AZ 85021 in the manner set forth below:

Comments: By serving Transunion, LLC., by leaving true copies of the documents with Melody Yoon, front desk clerk, who is authorized to accept service and did accept service on behalf of Prentice-Hall Corp System, Statutory Agent.

Description: Sex: **Female** Skin: **Medium** Hair: **Black** Age: **30** Height: **Seated**

Military Status: 'N/A'

Under penalty of perjury I declare that I have read the foregoing Certificate of Service and that the facts stated in it are true.

| | |
|---|---|
| Filing Fee | $96.00 |
| Service of Process - Standard | $55.00 |
| **TOTAL:** | **$151.00** |

X_____
**Clayton Gable #7153**, Affiant
Certified in the County of Maricopa
Job Number: 367749
Client File: TRANSUNION
Printed on 10/09/2015




**\*367749\***

**Lawgistic Partners AZ, LLC**
14626 N 78th Way, Unit A, Unit A
Scottsdale, AZ 85260
(480) 966-2228

### In the McDowell Mountain Justice Court of the State of Arizona, In and For the County of Maricopa

DAVID COLBY AND DIANA COLBY,
      Plaintiff(s),

vs.

U.S. BANK NATIONAL ASSOCIATION ND, EQUIFAX
INC., AND TRANSUNION, LLC,
      Defendant(s),

Case No. CC2015-184202
**CERTIFICATE OF SERVICE**

*2015 OCT 13 PM 12: 23*
*McDOWELL MOUNTAIN JUSTICE COURT FILED*

STATE OF ARIZONA      )
COUNTY OF MARICOPA      ) ss.

I, Clayton Gable #7153, the undersigned, certify under penalty of perjury, that I am fully qualified, pursuant to Rule 4(d), Arizona Rules of Civil Procedure, to serve process in this cause.

On 10/02/2015, I received from McCarthy Law PLC, the SUMMONS, NOTICE TO DEFENDANT AND COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING/EXHIBIT A-I.

On 10/09/2015 at 9:22 AM, I served the aforementioned documents on EQUIFAX, INC. at S/A: PRENTICE HALL CORP SYSTEM 2338 WEST ROYAL PALM ROAD, SUITE J, PHOENIX, AZ 85021 in the manner set forth below:

Comments: By serving Equifax, Inc., by leaving true copies of the documents with Melody Yoon, front desk clerk, who is authrized to accept service and did accept service on behalf of Prentice-Hall Corp System, Statutory Agent.

Description: Sex: **Female** Skin: **Medium** Hair: **Black** Age: **30** Height: **Seated**

Military Status: 'N/A'

Under penalty of perjury I declare that I have read the foregoing Certificate of Service and that the facts stated in it are true.

| | |
|---|---|
| Service of Process - Standard | $55.00 |
| **TOTAL:** | **$55.00** |

X_____
**Clayton Gable #7153**, Affiant
Certified in the County of **Maricopa**
Job Number: 367748
Client File: EQUIFAX
Printed on 10/09/2015





*367748*

**Lawgistic Partners AZ, LLC**
14626 N 78th Way, Unit A, Unit A
Scottsdale, AZ 85260
(480) 966-2228

**In the McDowell Mountain Justice Court of the State of Arizona, In and For the County of Maricopa**

DAVID COLBY AND DIANA COLBY,
              Plaintiff(s),

vs.                                                    Case No. CC2015-184202
                                                       **CERTIFICATE OF SERVICE**
U.S. BANK NATIONAL ASSOCIATION ND, EQUIFAX
INC., AND TRANSUNION, LLC,
              Defendant(s),

STATE OF MINNESOTA           )
COUNTY OF HENNEPIN           ) ss.

I, Vogl, Patrick, the undersigned, certify under penalty of perjury, that I am fully qualified, pursuant to Rule 4(d), Arizona Rules of Civil Procedure, to serve process in this cause.

On 10/02/2015, I received from McCarthy Law PLC, the SUMMONS, NOTICE TO DEFENDANT AND COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING/EXHIBIT A-I.

On 11/03/2015 at 3:01 PM, I served the aforementioned documents on U.S. BANK NATIONAL ASSOCIATION ND at U.S. Bank National Association ND C/O U.S. Bancorp 800 Nicollet Mall, Minneapolis, MN 55402 in the manner set forth below:

Comments: By serving U.S. Bank National Association, ND., by leaving true copies of the documents with Laurie Swansen, agent for legal process, who is authorized to accept service and did accept service on behalf of U.S. Bancorp, at the address indicated above.

Description: Sex: **Female** Skin: **Light** Hair: **Brown** Age: **40's** Height: **5ft 7in**

Military Status: 'N/A'

Under penalty of perjury I declare that I have read the foregoing Certificate of Service and that the facts stated in it are true.

| | |
|---|---|
| Filing Fee | $96.00 |
| Service of Process - Standard | $55.00 |
| Service of Process - Standard | $80.00 |
| **TOTAL:** | **$231.00** |



**Vogl, Patrick**, Affiant
Job Number: 367747
Client File: U.S. BANK
Printed on 11/04/2015



*367747*



# Maricopa County Justice Courts, Arizona

McDowell Mountain Justice Court  18380 North 40th Street Ste 130, Phoenix AZ  85032  602-372-7000

CASE NUMBER: CC2015184202  RC

DIANA AND DAVID COLBY

TRANSUNION
2338 W ROYWAL PALM RD STE J
PHOENIX, AZ 85021

Plaintiff(s)  Name / Address / Phone

Defendant(s)  Name / Address / Phone

KEVIN F MCCARTHY
4250 N DRINKWATER BLVD, STE 320
SCOTTSDALE, AZ 85251

PHILIP WOOTEN
3413 E EQUESTRAIN TRAIL
PHOENIX, AZ 85044

Attorney for Plaintiff(s)  Name / Address / Phone

Attorney for Defendant(s)  Name / Address / Phone

---

### NOTICE OF MEDIATION CONFERENCE                    JCRCP Rule 130

**The mediation hearing is for the purpose of assisting parties in settling their dispute outside the courtroom. Mediators will be present to assist in the settlement discussion. Any agreement entered into will be by consent of all parties.**

A Mediation Conference has been set for:

Date:  01/25/2016  Time:        01:30               PM

Be in court at least 15 minutes before the scheduled hearing.
YOU MUST CHECK IN AT THE FRONT COUNTER BEFORE ENTERING THE COURT ROOM.
*(Esté en el tribunal por lo menos 15 minutos antes de la audiencia programada.)*
*(DEBE REGISTRARSE EN EL MOSTRADOR DELANTERO ANTES DE ENTRAR EN LA SALA DEL TRIBUNAL)*
REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES SHOULD BE MADE TO THE COURT AS SOON AS POSSIBLE.
*(LAS SOLICITUDES PARA ARREGLOS O ADAPTACIONES RAZONABLES PARA PERSONAS CON DISCAPACIDADES SE DEBEN PRESENTAR ANTE ELTRIBUNAL LO MAS ANTES POSIBLE.)*
If an interpreter is needed, please contact the court listed above to request an interpreter be provided.
*(En caso de necesitarse un intérprete, favor de comunicarse con el Tribunal antes mencionado para solicitar que se brinden los servicios de un intérprete.)*

**NOTICE:**

1. If any party fails to appear at the time scheduled for this conference or failure to participate in good faith, a dismissal or a judgment may result, pursuant to Rule 131(a) & 127(d) Justice Court Rules of Civil Procedure (JCRCP).

2. Every party must participate in the mediation conference in good faith. A party may appear and participate in person, or a party may participate by telephone with the prior approval of the court by filing a Motion *(Note: court can only grant 1 party in each case to appear by telephone, however Court holds this privilege for attorneys)*

3. If a settlement is reached, the mediator will put the terms of the settlement in writing, and will have the parties sign the agreement as an enforceable contract.

4. If a settlement was not reached because a party failed to participate in good faith, the mediator will inform the court of the manner in which the party failed to show good faith; and the court may order an appropriate penalty provided under Rule 131(a) & 127(d) against that party including a monetary penalty.

---

I CERTIFY that I delivered / mailed a copy of this document to:

☐ Plaintiff at the above address     ☒ Plaintiff's attorney     ☐ Defendant at the above address     ☒ Defendant's attorney

Date: 11/10/2015                 By LM

Clerk

CV 8150-154.01  R: 12/1/14

 **Maricopa County Justice Courts, Arizona**

McDowell Mountain Justice Court  18380 North 40th Street Ste 130, Phoenix AZ  85032   602-372-7000

CASE NUMBER: CC2015184202  RC

DIANA AND DAVID COLBY

EQUIFAX INC
2338 W ROYWAL PALM RD STE J
PHOENIX, AZ 85021

Plaintiff(s)  Name / Address / Phone

Defendant(s)  Name / Address / Phone

KEVIN F MCCARTHY
4250 N DRINKWATER BLVD, STE 320
SCOTTSDALE, AZ 85251

JACOB C JONES
ONE AZ CENTER 400 E VAN BUREN
PHOENIX, AZ 85004-2202

Attorney for Plaintiff(s)  Name / Address / Phone

Attorney for Defendant(s)  Name / Address / Phone

---

**NOTICE OF MEDIATION CONFERENCE**          JCRCP Rule 130

---

**The mediation hearing is for the purpose of assisting parties in settling their dispute outside the courtroom. Mediators will be present to assist in the settlement discussion. Any agreement entered into will be by consent of all parties.**

A Mediation Conference has been set for:

Date:  01/25/2016   Time:        01:30            PM

Be in court at least 15 minutes before the scheduled hearing.
YOU MUST CHECK IN AT THE FRONT COUNTER BEFORE ENTERING THE COURT ROOM.
*(Esté en el tribunal por lo menos 15 minutos antes de la audiencia programada.)*
*(DEBE REGISTRARSE EN EL MOSTRADOR DELANTERO ANTES DE ENTRAR EN LA SALA DEL TRIBUNAL)*
REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES SHOULD BE MADE TO THE COURT AS SOON AS POSSIBLE.
*(LAS SOLICITUDES PARA ARREGLOS O ADAPTACIONES RAZONABLES PARA PERSONAS CON DISCAPACIDADES SE DEBEN PRESENTAR ANTE ELTRIBUNAL LO MAS ANTES POSIBLE.)*
If an interpreter is needed, please contact the court listed above to request an interpreter be provided.
*(En caso de necesitarse un intérprete, favor de comunicarse con el Tribunal antes mencionado para solicitar que se brinden los servicios de un intérprete.)*

**NOTICE:**
1. If any party fails to appear at the time scheduled for this conference or failure to participate in good faith, a dismissal or a judgment may result, pursuant to Rule 131(a) & 127(d) Justice Court Rules of Civil Procedure (JCRCP).

2. Every party must participate in the mediation conference in good faith. A party may appear and participate in person, or a party may participate by telephone with the prior approval of the court by filing a Motion *(Note: court can only grant 1 party in each case to appear by telephone, however Court holds this privilege for attorneys)*

3. If a settlement is reached, the mediator will put the terms of the settlement in writing, and will have the parties sign the agreement as an enforceable contract.

4. If a settlement was not reached because a party failed to participate in good faith, the mediator will inform the court of the manner in which the party failed to show good faith; and the court may order an appropriate penalty provided under Rule 131(a) & 127(d) against that party including a monetary penalty.

---

I CERTIFY that I delivered / mailed a copy of this document to:
☐ Plaintiff at the above address    ☒ Plaintiff's attorney    ☐ Defendant at the above address    ☒ Defendant's attorney

Date: 11/25/2015                          By LM

Clerk