**MCCARTHY LAW PLC**
*Candid Conversation. Wise Counsel.*

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ 85251**
**602-456-8900**
joon.kee@mccarthylawyer.com
**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID COLBY AND DIANA COLBY,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION ND, EQUIFAX INC., AND TRANS UNION, LLC,<br><br>    Defendants. | Case No.: 2:15-cv-02453-PHX-NVW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO TRANS UNION, LLC, ONLY** |

Plaintiffs David Colby and Diana Colby ("Plaintiffs") and Trans Union, LLC, ("Defendant") hereby stipulate that Plaintiffs' claims in the above-captioned case against Defendant Trans Union, LLC, only, may be dismissed with prejudice with the parties to bear their own attorneys' fees and costs. A proposed form of order is attached.

DATED this 9th day of December, 2015.

PHILIP R. WOOTEN, P.C.
*By: /s/ Philip Wooten (with Permission)*
Philip Wooten
3413 East Equestrian Trail
Phoenix, Arizona 85044-3403
Attorneys for Trans Union, LLC

MCCARTHY LAW PLC
*By:/s/ Kevin Fallon McCarthy*
Kevin Fallon McCarthy
Joon N. Kee
4250 N. Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
Attorneys for Plaintiffs

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Colby vs. US Bank et al          1          Dismissal
                                             09-Dec-2015

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Melissa Radabaugh*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Colby vs. US Bank et al    2    Dismissal
09-Dec-2015