IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Colby and Diana Colby,<br><br>Plaintiffs,<br><br>v.<br><br>U. S. Bank National Association ND; et al.,<br><br>Defendants. | No. CV-15-02453-PHX-NVW<br><br>**ORDER** |

The Court having considered the parties' stipulation for dismissal as to Defendant Trans Union, LLC, only (Doc. 7) and good cause appearing,

IT IS HEREBY ORDERED granting the parties' stipulation (Doc. 7).

IT IS FURTHER ORDERED this action is dismissed with prejudice as to Defendant Trans Union, LLC, only with each party to bear its own attorneys' fees and costs.

Dated this 10th day of December, 2015.

Neil V. Wake
United States District Judge