**MCCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| DAVID COLBY AND DIANA COLBY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION ND, et al.<br><br>　　　　Defendants. | Case No.: 2:15-cv-02453-NVW<br><br>**NOTICE OF SETTLEMENT** |

David Colby and Diana Colby ("Plaintiffs") and Equifax, Inc. ("Equifax") (hereinafter Equifax together with Plaintiffs collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Equifax. The Parties are in the process of finalizing the settlement, whereupon the Parties will file a motion for dismissal with prejudice.

　　　Respectfully submitted this 14th day of January 2016.

| | |
|---|---|
| SNELL & WILMER LLP<br>*By: Jacob Christensen Jones*<br>Jacob Christensen Jones<br>1 Arizona Center<br>400 E Van Buren<br>Phoenix, AZ 85004-2202<br>Attorney for Defendant Equifax | MCCARTHY LAW PLC<br>*By:/s/ Joon N. Kee*<br>Kevin Fallon McCarthy<br>Joon N. Kee<br>4250 N. Drinkwater Boulevard, Suite 320<br>Scottsdale, AZ 85251<br>Attorneys for Plaintiff |

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Colby v. US Bank National Assoc. ND et al.　　　1　　　Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2016, I electronically filed the Notice with the Court and mailed the attached document to the following parties:

| | |
|---|---|
| Court | E-Filed ☒ |
| | |
| Jacob Christensen Jones | Delivered ☐ |
| Snell & Wilmer LLP | Faxed ☐ |
| 1 Arizona Center | E-Mailed ☐ |
| 400 E Van Buren | Mailed ☒ |
| Phoenix, AZ 85004-2202 | |
| Attorney for Defendant Equifax | |

By: /s/Melissa Radabaugh

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Colby v. US Bank National Assoc. ND et al.   2   Notice of Settlement