IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Colby and Diana Colby,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>U. S. Bank National Association ND; et al.,<br><br>　　　　　　Defendants. | No. CV-15-02453-PHX-NVW<br><br>**ORDER** |

　　　Pursuant to the previous orders (Doc. 18, 21),

　　　IT IS ORDERED that this action is dismissed with prejudice as against Defendant Equifax, Inc., only.

　　　Dated this 16th day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge