**MCCARTHY LAW PLC**
CANDID CONVERSATION.  WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| DAVID COLBY AND DIANA COLBY, | Case No.: 2:15-cv-02453-NVW |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| U.S. BANK NATIONAL ASSOCIATION ND, et al. | |
| Defendants. | |

Plaintiffs, David Colby and Diana Colby ("Plaintiff") and U.S. Bank National Association ("US Bank") (hereinafter US Bank together with Plaintiff collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against US Bank. The Parties are in the process of finalizing the settlement, whereupon the Parties will file a motion for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against US Bank will be finalized within the next sixty (60) days.

Respectfully submitted this 22nd day of March 2016.

| | |
|---|---|
| QUARLES & BRADY, LLP | MCCARTHY LAW PLC |
| *By: /s/ Sarah R. Anchors (with permission)* | *By:/s/ Joon N. Kee* |
| Sarah R. Anchors | Kevin Fallon McCarthy |
| Renaissance One | Joon N. Kee |
| Two North Central Avenue | 4250 N. Drinkwater Boulevard, Suite 320 |
| Phoenix, AZ 85004-2391 | Scottsdale, AZ 85251 |
| Attorneys for Defendant U.S. Bank National Association | Attorneys for Plaintiff |

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Colby vs. US Bank et al – US Bank                     1                     Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Melissa Radabaugh*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Colby vs. US Bank et al – US Bank     2     Notice of Settlement