**McCARTHY LAW PLC**
*Candid Conversation. Wise Counsel.*

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**joon.kee@mccarthylawyer.com**
**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID COLBY AND DIANA COLBY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION ND, et al.<br><br>Defendants. | Case No.: 2:15-cv-02453-PHX-NVW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO U.S. BANK NATIONAL ASSOCIATION ND** |

Plaintiffs David Colby and Diana Colby ("Plaintiffs") and U.S. Bank National Association, erroneously named as U.S Bank National Association ND ("USB"), hereby stipulate that Plaintiff's claims in the above-captioned case against USB, may be dismissed with prejudice with the Parties to bear their own attorneys' fees and costs. A proposed form of order is attached.

DATED this 16th day of April, 2016.

MCCARTHY LAW PLC
*By:/s/ Joon N. Kee*
Kevin Fallon McCarthy
Joon N. Kee
4250 N. Drinkwater Boulevard, Suite 320
Scottsdale, Arizona 85251
Attorneys for Plaintiffs

QUARLES & BRADY, LLP
*By: /s/ Sarah R. Anchors (with Permission)*
Sarah R. Anchors
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Attorney for U.S. Bank National Association

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Melissa Radabaugh