IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Colby and Diana Colby, | No. CV-15-02453-PHX-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| U. S. Bank National Association ND; et al., | |
| Defendants. | |

The Court having considered the Parties' Stipulation for Dismissal with Prejudice as to U.S. Bank National Association ND, (Doc. 27) erroneously named as U.S Bank National Association ND, and good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 27).

IT IS FURTHER ORDERED this action is dismissed with prejudice as to Defendant U.S. Bank National Association with each party to bear its own attorneys' fees and costs.  The Clerk shall close this case.

Dated this 19th day of April, 2016.

Neil V. Wake
United States District Judge